# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1825.  EDISON v. GEORGIA DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILD SUPPORT SERVICES et al.**

The above-styled appeal was docketed in this Court on July 15, 2024. Pursuant to Rule 23 (a) of the Court of Appeals the Appellant's brief was to be filed in this Court by August 5, 2024. The Appellant failed to file a motion for extension of time or a timely brief. Instead, the Appellant filed an untimely brief on August 19, 2024.

This appeal is hereby DISMISSED. See Court of Appeals Rules 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/21/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*